

Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
April 26, 2021

NVB 1007–10 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:                                          BK–21–12012–abl
                                                CHAPTER 7
PARNELL SR COLVIN

                     Debtor(s)                  ORDER ON DEBTOR'S
                                                CERTIFICATION OF EXIGENT
                                                CIRCUMSTANCES

                                                Hearing Date:        N/A
                                                Hearing Time:        N/A

On consideration of the Debtor's Certificate of Exigent Circumstances, and for good cause shown, **IT IS ORDERED** that:

☐        ~~The debtor's request is DENIED.~~

☑        The debtor's request is GRANTED, and the time within which the debtor must file a
         Certificate of Credit Counseling is extended for a period not to exceed thirty (30) days
         from the date the petition was filed.

☐        ~~A hearing has been scheduled before a United States Bankruptcy Judge. Hearing
         information is as follows:~~
           ~~Hearing Date:~~
           ~~Hearing Time:~~
           ~~Hearing Location:          (888) 684–8852~~
           ~~Hearing Access Code:       8242009#~~

###