

Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
April 26, 2021

NVB 1006C (Rev. 12/20)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

PARNELL SR COLVIN

Debtor(s)

BK−21−12012−abl
CHAPTER 7

ORDER DENYING
DEBTOR'S APPLICATION
FOR WAIVER OF THE
CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

DENIED.

The waiver of filing fees is denied. The debtor shall pay the chapter 7 filing fee according to the following terms:

$ 80.00 within 5 days of filing petition
$ 80.00 within 60 days of filing petition
$ 80.00 within 90 days of filing petition
$ 98.00 within 120 days of filing petition

PLEASE NOTE: Debtors cannot make filing fee payments with a personal check or personal credit card. The court only accepts amounts specified in this order. Payments made in cash are not accepted.

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CHAPTER 7 CASE.

###