United States Bankruptcy Court
District of Nevada

| | |
|---|---|
| In re: | Case No. 21-12012-abl |
| PARNELL SR COLVIN | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0978-2 | User: mallmm | Page 1 of 1 |
| Date Rcvd: Apr 26, 2021 | Form ID: pdf922 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2021:**

**Recip ID        Recipient Name and Address**
db            + PARNELL SR COLVIN, 6681 TARA AVE, LAS VEGAS, NV 89146-5104

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 28, 2021              Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2021 at the address(es) listed below:

**Name              Email Address**

BRIAN D. SHAPIRO
                        brian@trusteeshapiro.com  nv22@ecfcbis.com;kristin@trusteeshapiro.com;connie@brianshapirolaw.com

U.S. TRUSTEE - LV - 7
                        USTPRegion17.LV.ECF@usdoj.gov

TOTAL: 2

_____
Honorable August B. Landis
United States Bankruptcy Judge



Entered on Docket
_____April 26, 2021_____

NVB 1006C (Rev. 12/20)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:                                        BK−21−12012−abl
                                              CHAPTER 7
PARNELL SR COLVIN

                  Debtor(s)                   ORDER DENYING
                                              DEBTOR'S APPLICATION
                                              FOR WAIVER OF THE
                                              CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

DENIED.

The waiver of filing fees is denied. The debtor shall pay the chapter 7 filing fee according to the following terms:

$ 80.00 within 5 days of filing petition
$ 80.00 within 60 days of filing petition
$ 80.00 within 90 days of filing petition
$ 98.00 within 120 days of filing petition

PLEASE NOTE: Debtors cannot make filing fee payments with a personal check or personal credit card. The court only accepts amounts specified in this order. Payments made in cash are not accepted.

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CHAPTER 7 CASE.

###