United States Bankruptcy Court
District of Nevada

In re:                                                                                                Case No. 21-12012-abl
PARNELL SR COLVIN                                                                  Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0978-2          User: mallmm          Page 1 of 2
Date Rcvd: Apr 26, 2021          Form ID: pdf957          Total Noticed: 10

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | PARNELL SR COLVIN, 6681 TARA AVE, LAS VEGAS, NV 89146-5104 |
| 11466385 | + | DIRECTV HEADQUARTERS, 2230 E.IMPERIAL HIGHWAY, EL SEGUNDO,CALIFORNIA 90245, 1 90245-3502 |
| 11466378 | + | LABORS UNION LOCAL 872, 2345 RED ROCK ST, LAS VEGAS,NV, 7 89146-3181 |
| 11466379 | + | LAS VEGAS VALLEY WATER DISTRICT, 1001 S. VALLEY VIEW BLVD, LAS VEGAS ,NV 89107, 7 89107-4447 |
| 11466377 | + | NV ENERGY, 6262 W. SAHARA, LAS VEGAS,NV 89146, 7 89146 |
| 11466380 | + | SOUTHWEST GAS, 5241 SPRING MOUNTAIN RD, LAS VEGAS,NV 89150, 7 89150-0002 |
| 11466384 | + | SPRINT / T-MOBILE HEADQUARTERS, 6200 SPRINT PKWY, OVERLAND PARK,KS 66211, 8 66211-1158 |
| 11466382 | + | TAKO LLC, 2411 TARAGATO AVE, HENDERSON, NV 89052-6597 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 11466383 | + | Email/Text: CCICollectionsGlobalForms@cox.com | Apr 27 2021 02:21:49 | COX, 1400 LAKE HEARM DR., ATLANTA, GA 30319, 4 30319-1418 |
| 11466381 | + | Email/Text: RSSNBankruptcy@repsrv.com | Apr 27 2021 02:21:00 | REPUBLIC SERVICES, 360 W.CHEYENNE AVE NORTH, LAS VEGAS,89030, 7 89030-3941 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 28, 2021          Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2021 at the address(es) listed below:

| District/off: 0978-2 | User: mallmm | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 26, 2021 | Form ID: pdf957 | Total Noticed: 10 |

| Name | Email Address |
|---|---|
| BRIAN D. SHAPIRO | brian@trusteeshapiro.com  nv22@ecfcbis.com;kristin@trusteeshapiro.com;connie@brianshapirolaw.com |
| U.S. TRUSTEE - LV - 7 | USTPRegion17.LV.ECF@usdoj.gov |

TOTAL: 2



Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
April 26, 2021

NVB 1007−10 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:  

PARNELL SR COLVIN

Debtor(s)

BK−21−12012−abl
CHAPTER 7

ORDER ON DEBTOR'S CERTIFICATION OF EXIGENT CIRCUMSTANCES

Hearing Date:    N/A
Hearing Time:    N/A

On consideration of the Debtor's Certificate of Exigent Circumstances, and for good cause shown, **IT IS ORDERED** that:

☐ ~~The debtor's request is DENIED.~~

☑ The debtor's request is GRANTED, and the time within which the debtor must file a Certificate of Credit Counseling is extended for a period not to exceed thirty (30) days from the date the petition was filed.

☐ ~~A hearing has been scheduled before a United States Bankruptcy Judge. Hearing information is as follows:~~
   ~~Hearing Date:~~
   ~~Hearing Time:~~
   ~~Hearing Location:         (888) 684-8852~~
   ~~Hearing Access Code:      8242009#~~

###