


Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
July 07, 2021

**BRIAN D. SHAPIRO**
Trustee in Bankruptcy
510 S. 8th Street
Las Vegas, NV  89101
(702) 386-8600
(702) 383-0994
trustee@trusteeshapiro.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re

PARNELL SR COLVIN

　　　　　　　　　Debtor(s)

Case No. BK-21-12012-ABL
Chapter 7

ORDER FORMALLY DISMISSING CHAPTER 7 CASE PURSUANT TO 11 U.S.C. §521(i), 11 U.S.C. §§ 109, 111 AND DISCHARGING TRUSTEE

　　The Trustee's Ex Parte Motion for Formal Dismissal of Chapter 7 Case Pursuant to 11 U.S.C. §521(i) and U.S.C. §§ 109, 111 having been filed and good cause appearing; it is hereby

　　ORDERED that this case is dismissed pursuant to 11 U.S.C. §521(i) and U.S.C. 11 §§ 109, 111.  It is further

ORDERED that Brian D. Shapiro, Trustee is hereby discharged as Trustee.

Submitted by:

*/s/ Brian D. Shapiro*
BRIAN D. SHAPIRO
Trustee

###